IN THE UNITED STATES DISTRICT COURT
SAMUEL FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAMUEL WIESE,

Plaintiff,

v.

MUKUNZI INNOCENT, et al.

Defendants.

Case No. 24-2755 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 3/26/2026                    MONICA A. STUMP, Clerk of Court

                                    s/ Tina Gray, Deputy Clerk


Approved:    *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**